IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 09-cv-01008-WDM-KLM

A. BARRY HIRSCHFELD, JR.,

    Plaintiff,

  v.

1111 TOWER LLC, AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

## ORDER REGARDING LAND TITLE GUARANTEE COMPANY
_____

    This matter is before me on the Stipulated Motion for Entry of Order Regarding Defendant Land Title Guarantee Company, and being fully advised in the premises,

    IT IS ORDERED:

    1.  Land Title Guarantee Company shall continue to hold the $192,488 received from A. Barry Hirschfeld, Jr. in accordance with the parties' escrow agreement;

    2.  Land Title Guarantee Company shall be bound by any order of this court regarding distribution of said escrow funds; and

    3.  Absent court order, Land Title Guarantee Company shall not be required to attend any pre-trial proceedings or trial.  The parties shall continue to serve Land Title

PDF FINAL

Guarantee Company with copies of all pleadings.

DATED at Denver, Colorado, on August 17, 2009

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge